IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN RE: | |
|---|---|
| | CASE NO. 07-03384 ESL |
| MARIA T RIVERA ROSA | Chapter 13 |
| | |
| XXX-XX-1457 | |
| | FILED & ENTERED ON 09/23/2010 |
| Debtor(s) | |

### ORDER CONFIRMING AMENDED PLAN

This case is before the Court on debtor(s)' motion under 11 USC §1329 to confirm the amended plan dated 08/12/2010 (docket entry # 32). It appearing that due notice was given and that there are no objections, the Court hereby grants debtor(s)' motion.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 23 day of September, 2010.

*/s/ Lamoutte*

Enrique S. Lamoutte Inclan
U. S. Bankruptcy Judge

CC: DEBTOR(S)
ROBERTO FIGUEROA CARRASQUILLO
JOSE RAMON CARRION MORALES