IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN RE: | |
|---|---|
| | CASE NO. 07-03384 ESL |
| MARIA T RIVERA ROSA | Chapter 13 |
| | |
| XXX-XX-1457 | |
| | FILED & ENTERED ON 09/23/2010 |
| Debtor(s) | |

### ORDER CONFIRMING AMENDED PLAN

This case is before the Court on debtor(s)' motion under 11 USC §1329 to confirm the amended plan dated 08/12/2010 (docket entry # 32). It appearing that due notice was given and that there are no objections, the Court hereby grants debtor(s)' motion.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 23 day of September, 2010.

Enrique S. Lamoutte Inclan
U. S. Bankruptcy Judge

CC: DEBTOR(S)
   ROBERTO FIGUEROA CARRASQUILLO
   JOSE RAMON CARRION MORALES

# CERTIFICATE OF NOTICE

```
District/off: 0104-3          User: feijoom              Page 1 of 1               Date Rcvd: Sep 23, 2010
Case: 07-03384                Form ID: pdf003            Total Noticed: 1
```

The following entities were noticed by first class mail on Sep 25, 2010.
```
db              +MARIA T RIVERA ROSA,    PO BOX 1365,    AGUAS BUENAS, PR 00703-1365
```

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 25, 2010**                              **Signature:**  _Joseph Speetjens_